# United States District Court Violation Notice

T2308-0017 (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CV-21 | E 1666234 | Johnson | 530B |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense (mm/dd/yyyy): 08/29/2023
- Offense Charged: ☒ USC
- Title 18 USC 13 (concurrent)
- Place of Offense: VSFB, CA — Northbound Hwy 1 / San Antonio East
- Offense Description / Factual Basis for Charge: CVC 16020(a) — Proof of Insurance
- HAZMAT: ☐
- NBA

**DEFENDANT INFORMATION**

- Last Name: Calderon
- First Name: Ricardo
- MI: S
- Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7KVH950 | CA | 96 | Dodge/Ram 2500 | ☐ | Grey |

- APPEARANCE IS REQUIRED — A ☐
- APPEARANCE IS OPTIONAL — B ☐
- $ 100 Forfeiture Amount
- + $30 Processing Fee
- $ 130 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
- Court Address: US Court, 1415 State St, Santa Barbara, CA 93101
- Date: TBD
- Time: TBD

X Defendant Signature: Ricardo Rios

Original - CVB Copy

*E1666234*

CVB SCAN 09/06/2023 9:55

---

(For issuance of an arrest warrant or summons)

I state that on 29 Aug, 20 23 while exercising my duties as a law enforcement officer in the Central District of California

Citation: #E1666234   Defendant: Ricardo S. Calderon

While performing my official duties in full uniform, in my marked patrol vehicle (G62-5924Y) on the 29th of August 2023, I was headed northbound on Highway 1 (concurrent jurisdiction) when I observed a grey Dodge Ram 2500 CA license plate 7KVH950 at a slow pace and failing to maintain the lane of the posted speed limit area of 65 MPH. I positioned my vehicle behind the driver and paced the vehicle for approximately one mile at a speed of 45-50 MPH. I initiated a routine traffic stop on the vehicle. The driver identified himself as Ricardo S. Calderon via CA driver's license D4038995 and we were able verify the individual via CLETS. Calderon was cited CVC 16020 (a) due to no Proof of Insurance. Calderon is not affiliated with Vandenberg SFB.

All information on the front of this notice in incorporated by reference herein

The foregoing statement is based upon:

- X my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/29/2023   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle. CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident.

CVB SCAN 09/06/2023 9:55